# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHIRLEY G. GAMBILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-15-1271-F |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Shirley G. Gambill brings this action for judicial review of the Acting Commissioner's final decision that Gambill was not "disabled" under the terms of the Social Security Act. *See*, 42 U.S.C. §§ 405(g), 423(d)(1)(A).

The Report and Recommendation of Magistrate Judge Suzanne Mitchell recommends the entry of judgment affirming the Commissioner's final decision. Doc. no. 22 (the Report). Plaintiff has filed objections to the Report. Doc. no. 23. A response to those objections was filed by the Commissioner. Doc. no. 24. All objections are reviewed *de novo*. *See*, 28 U.S.C. § 636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made).

Having conducted *de novo* review, the court concludes that it agrees with the conclusions and recommendations in the Report. Plaintiff's objections reiterate her previous contentions and amount to a request that the court impermissibly re-weigh the evidence. The Report adequately covers the subject matter of plaintiff's objections, and no purpose would be served by setting out any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Mitchell is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Acting Commissioner of the Social Security Administration that plaintiff has not been under a disability as defined in the Social Security Act, is **AFFIRMED**.

Dated this 15th day of December, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1271p001.wpd